UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at ASHLAND

|  |  |
|---|---|
| LILLY VINSON, ET AL., )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>LUPIN PHARMACEUTICALS, INC., )<br>Defendant. )<br> )<br> ) | **Civil Action No. 0:10-cv-00114-HRW**<br>**The Honorable Henry R. Wilhoit, Jr**. |

### MOTION TO DISMISS AMENDED COMPLAINT ON BEHALF OF DEFENDANT, LUPIN PHARMACEUTICALS, INC.

Comes Defendant, Lupin Pharmaceuticals, Inc. ("Lupin") and pursuant to F.R.C.P. 12(b)(6), moves to dismiss the Plaintiffs' Amended Complaint ("AC") as Plaintiffs have failed to state claims upon which relief can be granted, on the basis of the following:

1. It is alleged in the Amended Complaint that Lupin is a generic drug manufacturer. Said Company is named as a defendant in this action because it allegedly manufactures Simvastatin 80, a <u>generic version</u> of the brand drug Zocor. (AC ¶¶ 28, 31-33).

2. The Amended Complaint also alleges that Lupin "does business in Kentucky through the sale of Simvastatin and other prescription drugs." (AC, ¶ 29).

3. Plaintiffs assert the following theories of recovery, all of which arise from Kentucky state law and statutes:

   A.  Count 1: Strict Liability in Tort Based on Defective Design;

   B.  Count 2: Negligent Design;

   C.  Count 3: Strict Liability in Tort Based on Failure to Warn;

   D.  Count 4: Negligent Failure to Warn;

  E. Count 5: Breach of Implied Warranty;

  F. Count 6: Personal Injury;

  G. Count 7: Loss of Consortium and Household Services;

Each of Plaintiffs' claims and theories of recovery as alleged in the Amended Complaint are premised on a purported failure to warn.

  4. The Amended Complaint must be dismissed in its entirety because Kentucky state law failure to warn theories of recovery are preempted by federal law. Such theories of recovery against generic manufacturers are preempted because federal law requires generic manufacturers to have the "same" labeling as the brand manufacturers at approval and to have labeling that is "consistent with" the brand manufacturer's labeling thereafter. Hence, generic manufacturers cannot change or modify their labeling to meet any alleged Kentucky state law concerns, while at the same time remaining in compliance with federal law which mandates that the labeling on generics be the "same as" and "consistent with" the brand manufacturer's labeling.

## CONCLUSION

The Amended Complaint must be dismissed in its entirety with prejudice for a failure to state claims upon which relief can be granted as Plaintiffs' theories of recovery are preempted by federal law.

Defendant Lupin submits herewith a Memorandum In Support of this Motion and a Proposed Order dismissing the Amended Complaint in its entirety with prejudice.

        Respectfully submitted,

        /s/ Craig L. Johnson
        Craig L. Johnson
        WHONSETLER & JOHNSON, PLLC
        11901 Brinley Avenue
        Louisville, KY  40243
        (502) 895-2297
        johnson@whonsetler.com
        *Counsel for Defendant*
          *Lupin Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2011, a copy of the foregoing **MOTION TO DISMISS AMENDED COMPLAINT ON BEHALF OF DEFENDANT LUPIN PHARMACEUTICALS, INC.** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this filing through the Court's electronic filing system.

Clerk, U.S. District Court
Ashland Division
3rd Floor, Carl D. Perkins Federal Building
1405 Greenup Avenue
Ashland, KY 41101

Lee L. Coleman, Esq.
Hughes & Coleman
Legal Arts Building, Suite 110
200 South 7th Street
Louisville, KY 40202
lcoleman@hughesandcoleman.com

Thomas Anapol, Esq.
Gregory Spizer, Esq.
Anapol Schwartz Weiss Cohan Feldman & Smalley PC
1710 Spruce Street
Philadelphia, PA 19103
tanapol@anapolschwartz.com
gspizer@anapolschwartz.com

3

Barry Hill, Esq.
Anapol Schwartz  Weiss Cohan Feldman & Smalley, PC
89 12th Street
Wheeling, West Virginia 26003
bhill@anapolschwartz.com


/s/ Craig L. Johnson
Craig L. Johnson, Esq.